IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID C. MITTLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-3511 |
| | § | |
| DAVOL, INC. and C.R. BARD, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL is granted, pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. On transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action. This case is administratively closed. It may be reinstated to the active docket if it is not transferred to the MDL or if the transferee court returns it to this court.

SIGNED on November 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge